961 F.2d 1569
 U.S.
v.
Porter (Charles J.), Raucci (Louis F., Sr.), Chiarelli
(Geno), Durish (Anthony W.), a/k/a Sonny, Porter (William
R.), Levie (Irwin), a/k/a Buddy, Sosa (Ramon), Rosenfeld
(Michael S.), Liscio (Robert A.), Carrabba (John, Jr.),
Sigal (Meyer), Viola (Rocco, Jr.), Tedesco (Michael),
Hankish (Christopher Paul), Gaultieri (Frederick J., Jr.), a/k/a Ricky
 NOS. 91-3049, 91-3065
 United States Court of Appeals,
Third Circuit.
 Apr 27, 1992
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.